**Richard Lee DAVIS, Plaintiff–Appellant,**

v.

**Edward F. REILLY, Jr., Chairman, United States Parole Commissioner; Jeffrey S. Kostbar, Examiner, United States Parole Commissioner, Defendants–Appellees.**

No. 06–7858.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 5, 2007.

Richard Lee Davis, Appellant Pro Se. Betsy S. Jividen, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Lee Davis, a state prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Reilly*, No. 3:05–cv–00075–WCB (N.D.W.Va. Oct. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*